USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW OSWALDO MOSCOSO BRAVO,

Petitioner,

-v-

LADEON FRANCIS, et al.,

Respondents.

---

26-cv-5687 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Petitioner has submitted a letter to the Court indicating that he does not consent to an order directing that he be provided with an administrative bond hearing, and seeking instead that the Court adjudicate his Amended Petition. Dkt. No. 14. That letter indicates that Respondents do not intend to submit a response to the Amended Petition. *Id.* at 2. The Court is prepared to adjudicate the Amended Petition without a further response from Respondents, unless Respondents indicate to the Court by end of day Wednesday, July 29, 2026, that they intend to submit opposition papers.

SO ORDERED.

Dated: July 27, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge