**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ANDRES OSWALDO MOSCOSO BRAVO,
Petitioner,

26 **CIVIL** 5687 (LJL)

-against-

**JUDGMENT**

KENNETH GENALO, et al.,
Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 5, 2026, The petition for a writ of habeas corpus is CONDITIONALLY GRANTED.

Accordingly, with consent of Respondents, by August 15, 2026, the immigration court must either (1) hold a bond hearing at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is a danger to the community or flight risk, or (2) release Petitioner. In determining whether to grant bond, the immigration judge shall consider the availability of alternative conditions of release; in determining the amount of any bond imposed, the immigration judge shall consider the Petitioner's ability to pay.

The Court retains jurisdiction over this matter to ensure compliance with this Order and, should it determine that its Order has not been complied with, also retains jurisdiction to grant Petitioner the full relief he has sought (i.e., release).

**DATED:** New York, New York
August 11, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nezam Dulal

**Deputy Clerk**