USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW OSWALDO MOSCOSO BRAVO,

Petitioner,

-v-

LADEON FRANCIS, et al.,

Respondents.

26-cv-5687 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Pending before this Court is Petitioner's Motion to Enforce Judgment, Dkt. No. 22, filed on August 21, 2026. *See also* Dkt. No. 20 (Clerk's Judgment). The Government's response, including any memorandum of law in opposition to the Motion, shall be filed no later than September 2, 2026. Petitioner's reply memorandum shall be filed no later than September 4, 2026. The Court will hold a hearing on the motion on September 8, 2026 at 10:30 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse.

SO ORDERED.

Dated: August 25, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge